# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DENNIS ALAN RIGGS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)           Magistrate No. 20-114<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 22, 2020__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
Please see attached Affidavit

☑ Continued on the attached sheet.

                                                                                   *Complainant's signature*

                                          Mark Allen Warren, Special Agent, FBI
                                                           *Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/22/2020__

                                                                   *Judge's signature*

City and state: __Pittsburgh, Pennsylvania__           Honorable Lisa Pupo Lenihan, U.S. Magistrate Judge
                                                                                   *Printed name and title*