IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Magistrate No. 20-114 |
| | ) |
| DENNIS ALAN RIGGS | ) |

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Mark Allen Warren, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so since September 16, 2018. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on domestic and international terrorism cases. I have received training on basic law enforcement investigative processes and procedures. I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants and seizures, and the identification and collection of evidence, including firearms. In addition, I have personally participated in the execution of federal search warrants. I am currently a member of FBI Pittsburgh's Joint Terrorism Task Force.

2. As a federal law enforcement officer, I am authorized to investigate violations of laws of the United States, including the crimes outlined herein, and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of a criminal complaint charging DENNIS ALAN RIGGS (DOB 3/13/69) with Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

4. Title 18, United States Code, Section 922(g)(1) makes it a crime for an individual to knowingly possess any firearm or ammunition in or affecting interstate or foreign commerce when that person has been convicted of a felony offense, that is, a crime punishable by imprisonment for a term exceeding one year.

5. The term "firearm" is defined in Title 18, United States Code, Section 921(a)(3) as "(A) any weapon (including starter gun) which will expel or is designed to or may be readily be converted to excel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm."

6. The term "ammunition" is defined in Title 18, United States Code, Section 921(a)(17)(A) as ammunition cartridge cases, primers, bullets, or propellant powder designed for use in any firearm.

**FACTUAL BACKGROUND**

7. On January 22, 2020, at approximately 06:00 AM, Special Agents and Federal Task Force Officers with the FBI's Pittsburgh Field Office executed a federal search warrant at 1540 Hatteras Street, Pittsburgh, Pennsylvania 15212 in reference to an ongoing investigation. The warrant was signed by United States Magistrate Judge Lisa Pupo Lenihan on January 21, 2020.

8. The sole resident of the house, DENNIS ALAN RIGGS, was located in the foyer of the residence.

9. For officer safety, RIGGS was temporarily detained while agents secured the residence. RIGGS was advised of his Miranda Rights, which he acknowledged. RIGGS waived his rights and agreed to speak with FBI Agents.

10. RIGGS was interviewed in the kitchen of the residence. RIGGS admitted that he is a felon and cannot lawfully possess firearms. He admitted being involved in a romantic relationship with an individual (hereinafter "Individual A"). RIGGS acknowledged that, at his own request, Individual A purchased a Ruger AR556MPR .223 Caliber AR-15 style rifle on behalf of RIGGS since RIGGS was a felon and could not purchase the firearm himself. He admitted that he accompanied Individual A for the purchase the Ruger AR556MPR .223 Caliber AR-15 style rifle, serial number 855-61168 from Ace Sporting Goods, located at 462 Washington Road, Route 19, Washington, Pennsylvania 15301 on September 29, 2018. RIGGS further admitted that he reimbursed Individual A for the purchase of the firearm with a check for $789.27.

11. During the search of the residence prior to the interview of RIGGS, law enforcement agents observed and seized the Ruger AR556MPR .223 Caliber AR-15 style rifle with serial number 855-61168 in RIGGS' front upstairs bedroom. RIGGS admitted that he possessed the Ruger AR556MPR .223 Caliber AR-15 style rifle with serial number 855-61168 and that was the rifle purchased in September of 2018 from Ace Sporting Goods. Law enforcement officers also located other firearms in the residence, to include: a Ruger .22 caliber revolver serial number T598794 in the dining room closet, a Harrington & Richardson shotgun serial number AO491900 in a closet, a .38 Special revolver serial number AA223358 in a nightstand, a Colt .38 Caliber revolver Serial number 638125 in a dresser, a US revolver .32 Caliber, serial number 26690, which was loaded and with the hammer cocked, in a desk drawer, a Harrington & Richardson shotgun serial number AX567720 in a closet, in the residence. Agents also located multiple rounds of ammunition in the residence.

12. ATF confirmed that the Ruger AR556MPR .223 Caliber AR-15 style rifle with serial number 855-61168 was not manufactured in the Commonwealth of Pennsylvania and, at

some point after manufacture, this firearm traveled in interstate commerce to the Commonwealth of Pennsylvania. An ATF interstate nexus determination with respect to the firearms and ammunition, besides the Ruger AR556MPR .223 Caliber AR-15 style rifle with serial number 855-61168, is pending.

13.     RIGGS is a person not to possess a firearm because he was convicted on March 30, 1994, of Aggravated Assault, Pennsylvania Crimes Code, Section 2702(a)(1) in the Court of Common Pleas of Allegheny County, Criminal Docket, CP-02-CR-0013919-1993. Aggravated Assault is a felony (F1) punishable by more than one year in prison, and RIGGS' sentence was for a period of 11 and-a-half months to 23 months.

14.     Your Affiant further submits that, based on the above-described evidence, there is probable cause to believe that RIGGS violated 18 U.S.C. § 922(g)(1)(Possession of a Firearm by a Convicted Felon).

The above information is true and correct to the best of my knowledge, information and belief.

*Mark Allen Warren*
Mark Allen Warren, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me,
this 22nd day of January, 2020.

HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

4