FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

**Date:** 1/22/2010  **Case ID:** 266N-PG-3072542

**Location:** 1540 Hatteras St, Pittsburgh, PA 15212

**Preparer/Assistants:** M. Monarko

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Ruger .22 Caliber Revolver S/N T598794 | Room C | Dining Room Closet | M. Zunder / M. Monarko | | |
| 2 | 6 Rounds, Ruger Revolver (Ref: Item #1) | Room C | Dining Room Closet | M. Zunder / M. Monarko | | |
| 3 | Dell Laptop + Power Cord S/N 1P4P351 | Room C | Dining Room Table | M. Monarko | | |
| 4 | Survivalist BB Handgun S/N 81310753 | Room C | China Cabinet Drawer | D. Strebel / M. Monarko | | |
| 5 | HP Pavilion Tower S/N MXX41801BT | Room J | Table | R. Wolford / Edquist / Gerber | | |
| 6 | Moto Cell Phone + Battery Case M.I.A. IMEI 355675082402617 | Room C | Dining Room Table | Monarko / Wolford | | |
| 7 | Survivalist BB Handgun Magazine, CO2 Cartridge (Ref: #4) | Room C | China Cabinet Drawer | Strebel / Monarko | | |
| 8 | Harrington + Richardson Shotgun S/N AU49190 | L | Closet | Greffel / Dehary | | |
| 9 | 10 mm Green Remington Round (Ref #8) | L | Closet | Greffel / Dehary | | |

Page 1 of

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

Page 2 of ___

Date: 01/22/2020   Case ID: 266N-PG-3072542
Location: 1540 Hatteras St
Pittsburgh, PA 15212
Preparer/Assistants: MONARKO
Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 10 | Verizon Motorola Phone | K | Dresser Drawer | KAIL DUNLEAVY | | |
| 11 | Verizon Motorola Cell Phone (slide) | K | Dresser Drawer | KAIL DUNLEAVY | | |
| 12 | Verizon LG Cell Phone | K | Dresser Drawer | KAIL DUNLEAVY | | |
| 13 | Verizon Motorola Cell Phone Flip | K | Dresser Drawer | KAIL DUNLEAVY | | |
| 14 | .38 Special Handgun/Revolver S/N AA223358 | K | Night Stand | DEMARY GEFFEL | | |
| 15 | 5 Rounds .38 Special Ammo (Ref # 14) | K | Night Stand | DEMARY GEFFEL | | |
| 16 | Colt .38 Handgun/Revolver S/N 638125 | K | Dresser | DEMARY GEFFEL | | |
| 17 | Winchester .38 Special Ammo 6 Rounds (Ref # 16) | K | Dresser | DEMARY GEFFEL | | |
| 18 | 760 Pumpmaster BB Gun | D | Wall near Patio Door | MONARKO ZUNDEL | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

Date: 1/22/2020  Case ID: ___
Location: 1540 Hatteras St, Pittsburgh, PA 15212
Preparer/Assistants: MONARKO
Personnel (full names and initials): ___

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (If needed) |
|---|---|---|---|---|---|---|
| 19 | US Revolver .32  S/N 26690 | B | Desk Drawer | Strebel  Geffel | | |
| 20 | .32 Caliber Ammo 5 Rounds (Ref #19) | B | Desk Drawer | Strebel  Geffel | | |
| 21 | Ruger AR-15 556 S/N 855 61168 | K | Bedroom Nook | Geffel  Dehary | | |
| 22 | Ruger AR-15 556 Magazine (Ref #21) | K | Bedroom Nook | Geffel  Dehary | | |
| 23 | ALE Sporting Goods Receipt for Ruger AR-556 S/N 855-61168 | K | Under Bed Inside Ruger Rifle Box | Enquist  Dehary | | |
| 24 | Crossbow | A | On Coat Rack Next to Front Door | Strebel  Geffel | | |
| 25 | Powerline BB Handgun S/N LJ05146 | E | Work Bench | Dehary  Zundel | | |
| 26 | Marksman Repeater BB Handgun .177 Caliber (No Serial #) | E | Work Bench | Dehary  Zundel | | |
| 27 | Harrington + Richardson Shotgun S/N AX567720 | L | Closet | Dehary  Geffel | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

Date: 1/22/2020  Case ID: 266N-PG-3072542
Location: 1540 Hatteras St
Pittsburgh, PA 15212
Preparer/Assistants: MONARKO

Personnel (full names and initials):

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 28 | 70mm Remington Round-Yellow (Ref # 27) | L | Closet | DEMARY GEFFEL | | |
| 29 | 5 Boxes Rifle Ammo | J | Closet Shelf | ENQUIST GEFFEL | | |
| 30 | 34 Boxes Various Ammo | J | Top Chest Drawer | ENQUIST GEFFEL | | |
| 31 | Grussman Air Rifle S/N N88220452 | E | Back Corner On Floor | Strebel Dunleavy | | |
| 32 | 760 Pumpmaster S/N 606108752 | E | Back Corner On Floor | Strebel Dunleavy | | |
| 33 | 760 Pumpmaster S/N N885186b6 | L | Closet | MONARKO ZUNDEL | | |
| | | | | | | |
| | | | | | | |

Page 4 of ___

1.4

⑤ J - Closet Shelf

2 x Winchester Super X 223 Rem 55 Grain (20 ct)

3 x American Eagle 5.56 x 45 MM 62 Grain (150 ct)

ITEM #29


(34)  J - Top Chest Drawer

ITEM #30

1 x  MagTech 38 Special 158 Grain (50 ct)
8 x  Remington Express Long Range 12 Gauge (25 ct)
2 x       "                              "            20 Gauge
1 x  Remington Express Buckshot 12 Gauge (15)
1 x  Remington Slugger 12 Gauge (15 ct)
2 x  Remington Game Loads 20 Gauge (25 ct)
5 x  Winchester Super X 20 Gauge (15 ct)
1 x       "                              "   (5 ct)
2 x  Remington UMC Pistol and Revolver Cartridges
1 x  Winchester Super Target 20 Gauge (25 ct) (50 ct)
2 x  Winchester 38 Special +P 125 Grain (50)
2 x  Winchester 38 Special 130 Grain (50 ct)
2 x  Winchester 32 Auto 71 Grain (50 ct)
2 x  American Eagle 38 Special 158 Grain (50 ct)
1 x  22 Long Rifle Mini Mag (250 ct)
1 x  Remington UMC 32 Auto 71 Grain (50 ct)

1.6

**1540 HATTERAS ST - ROOM DESCRIPTIONS**

ROOM A – FOYER

ROOM B – LIVING ROOM

ROOM C – DINING ROOM

ROOM D – KITCHEN

ROOM E – BASEMENT

ROOM F – BATHROOM

ROOM G – BASEMENT STORAGE AREA

ROOM H – LAUNDRY AREA

ROOM I – BATHROOM

ROOM J – BEDROOM

ROOM K – BEDROOM (RIGGS)

ROOM L – 2ND FLOOR HALLWAY CLOSET