## RIGGS.LOADED_WEAPONS.xlsx

| ITEM NUMBER | ROOM LABEL | ROOM DESCRIPTION | LOCATION DESCRIPTION | ITEM DESCRIPTION |
|---|---|---|---|---|
| 1 | C | DINING ROOM | DINING ROOM CLOSET | RUGER .22 CALIBER REVOLVER, S/N T598794, LOADED WITH 6 ROUNDS |
| 8 | L | HALLWAY CLOSET | HALLWAY CLOSET | HARRINGTON & RICHARDSON SHOTGUN, S/N AU491900, LOADED WITH 1 (GREEN) ROUND/SHELL |
| 14 | K | BEDROOM - RIGGS | NIGHT STAND | .38 SPECIAL REVOLVER, S/N AA223358, LOADED WITH 5 ROUNDS |
| 16 | K | BEDROOM - RIGGS | DRESSER/ARMOIRE | COLT .38 REVOLVER, S/N 638125, LOADED WITH 6 ROUNDS |
| 19 | B | LIVING ROOM | DESK DRAWER | US REVOLVER .32 , S/N 26690, LOADED WITH 5 ROUNDS |
| 27 | L | HALLWAY CLOSET | HALLWAY CLOSET | HARRINGTON & RICHARDSON SHOTGUN, S/N AX567720, LOADED WITH 1 (YELLOW) ROUND/SHELL |



GOVERNMENT EXHIBIT 2