

3A





3C



3D



3F



3G



3H





GOVERNMENT
EXHIBIT

3L