

5A

