



GOVERNMENT
EXHIBIT

6B









#28509-171
USP TERRE HAUTE
U.S. PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808



6G