Case 2:20-mj-00114-LPL   Document 7-8   Filed 01/27/20   Page 1 of 1



*** SCREENSHOT OF VIDEO EXHIBIT ***

